IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARAVIND R. TARUGU and DR. RAJU C. REDDY, | Civil Action No. 19-01256 |
| Plaintiffs, | |
| v. | |
| JOURNAL OF BIOLOGICAL CHEMISTRY and AMERICAN SOCIETY OF BIOCHEMISTRY AND MOLECULAR BIOLOGY, | |
| Defendants. | |

## PART 1:  CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, 1 voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit in an appeal is filed.

Date: 10/30/19

Signature: [signed]

Print Name: James McNally

## PART 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____

5838400.1 54391-0002