# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARAVIND R. TARUGU and DR. RAJU C. REDDY, | Civil Action No. 19-01256 |
| Plaintiffs, | |
| v. | |
| JOURNAL OF BIOLOGICAL CHEMISTRY and AMERICAN SOCIETY OF BIOCHEMISTRY AND MOLECULAR BIOLOGY, | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs, Aravind R. Tarugu and Dr. Raju C. Reddy, and Defendants, Journal of Biological Chemistry and American Society of Biochemistry and Molecular Biology, by and through there respective undersigned counsel hereby stipulate and agree that the time within which Plaintiffs shall respond to Defendants' Motion to Dismiss is hereby extended, up to and including November 25, 2019.

Respectfully submitted,

| | |
|---|---|
| **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.** | **MEYER, UNKOVIC & SCOTT LLP** |
| By: /s Jonathan A Cass<br>James McNally, Esq.<br>Jonathan A. Cass, Esq.<br>United Plaza, 19th Floor<br>30 South 17th Street,<br>Philadelphia, PA 19103<br>(215) 564-1700<br>*Attorneys for Plaintiffs,*<br>*Aravind R. Tarugu and Dr. Raju C. Reddy* | By: /s David G. Oberdick<br>David G. Oberdick, Esq.<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222-2315<br>(412) 456-2881<br>*Attorneys for Defendants,*<br>*Journal of Biological Chemistry and American Society of Biochemistry and Molecular Biology* |